CELIA LANDE, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.

(Argued October 23, 1934; decided November 20, 1934.)

*William B. Crowell, Bernard J. McGlinn* and *William J. Moran* for appellant.

*I. Gainsburg* and *Reginald F. Isaacs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.